```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JON B. FULLERTON**                                                **PLAINTIFF**

      **v.**           **Civil No. 04-5226**

**JO ANNE B. BARNHART, Commissioner**
**Social Security Administration**                                  **DEFENDANT**

## O R D E R

On this 5th day of October, 2005, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge, dated September 15 , 2005, the court finds that the magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees and costs in the amount of $3,212.60, representing 25.25 hours of work at a rate of $125.00 per hour and $56.35 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

    **IT IS SO ORDERED.**

 

                                            **/s/Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**